## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re:                )
Connie M. Knox,       )    Case No. 10-52715
                      )    Chapter 13
Debtor(s)             )

# ENTRY OF APPEARANCE

**COMES NOW** Jack J. Adams and enters his appearance as attorney of record on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

/s/ Jack J. Adams
Jack J. Adams #51863MO
Attorney for Debtors
1 Mid Rivers Mall Dr., Suite 200
St. Peters, MO 63376
636-397-4744   Fax 636-397-3978
Adamslaw_bank@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that copy of the Motion to Retain Tax Refund was served electronically or by first class mail, postage pre-paid, to the parties listed below this March 29, 2011 to:

John V. LaBarge, Jr.
Chapter 13 Trustee
POB 430908
St. Louis, Missouri 63143

Acct. Resoultion Corp.
POB 3860
Chesterfield, MO 63006-386

BC Progress Emergency Physicians
75 Remittance Dr.
Ste. 1151
Chicago, IL 60675-1151

BC Progress Emergency Physicians
PO BOX 41309
Nashville, TN 37204

Capital One Bank
PO BOX60599
City of Industry, CA 91716-0599

Chater Communications
PO BOX 790086
St. Louis, MO 63179

Chrysler Financial Services
PO BOX 9001921
LOUISVILLE, KY 40290-1921

Credit Protection
PO BOX 790086
St. Louis, MO 63179-0086

Day Knight
PO BOX 5
Grover, MO 63040-0005

Dr. Bennett Frank
969 Mason Rd.
Creve Couer, MO 63141

Fluer De Lis Homeowners Assoc
29 Tulip Bend Dr.
Wentzville, MO 63385

Home Depot Credit Services
PO BOX 182676
Columbus, OH 43218-2676

JC Penney
POB 960090

Orlando, FL 32896-0090

Kramer & Frank
9300 Dielman Ind Dr.
Saint Louis, MO 63132

MICHELLE MCBRIDE (ST CHARLES CO PP TAX)
201 N SECOND ST
SUITE 134
ST CHARLES, MO 63301-2889

Midland Mortgage
PO BOX 268806
OKLAHOMA CITY, OK 73126

Midwest Radiological Assoc
POB 38900
Saint Louis, MO 63138

mohela
POB 1022
chesterfield, MO 63006-1022

NCO Financial Systems
1930 W. Bennett
Suite 100
Springfield, MO 65807

Phillip Morse
5381 Hwy. N
Suite 102
Saint Charles, MO 63304

Progress West Hospital
PO BOX 956567
Saint Louis, MO 63195-6567

Richard D. Folwell
PO BOX 1641
Mt. Vernon, IL 62864-0032

Shapiro & Weisman
502 Earth City Expressway

Suite 317
Maryland Heights, MO 63043

Target National Bank
PO BOX 660170
Dallas, TX 75266-0170

Union Plus Credit Card
POB 5222
Carol Stream, IL 60197-5222

Vantage Credit Union
4020 Fee Fee Rd.
Bridgeton, MO 63044

                                                  /s/ Jack J. Adams
                                                  Jack J. Adams